IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAYMOND FLETCHER and PATRICIA FLETCHER,<br><br>        Plaintiffs,<br><br>  vs.<br><br>AJAX MAGNETHERMIC CORPORATION, *et al.*,<br><br>        Defendant. | Case No. 14-cv-765-JPG-PMF |

**MEMORANDUM AND ORDER**

This matter comes before the Court on defendants Ingersoll-Rand Company's, Georgia Pacific, LLC's, and Trane US, Inc.'s motion to dismiss (Doc. 12) Counts Four and Five of plaintiffs Raymond Fletcher's and Patricia Fletcher's complaint.  Subsequently, plaintiffs filed a motion to voluntarily dismiss (Doc. 36) Counts Four and Five of their complaint only against Georgia Pacific, LLC, Ingersoll-Rand Company, and Trane U.S., Inc.  The Court hereby **GRANTS** plaintiffs' motion (Doc. 36), **DISMISSES** Counts Four and Five only with respect to defendants Georgia Pacific, LLC, Ingersoll-Rand Company, and Trane U.S., Inc, and **DENIES as moot** defendants Ingersoll-Rand Company's, Georgia Pacific, LLC's, and Trane US, Inc.'s motion to dismiss (Doc. 12).

**IT IS SO ORDERED.**

**DATED:** August 12, 2014

s/ J. Phil Gilbert<br>
**J. PHIL GILBERT**<br>
**DISTRICT JUDGE**