IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RAYMOND FLETCHER and PATRICIA
FLETCHER,

          Plaintiffs,

    vs.

AJAX MAGNETHERMIC CORPORATION,
*et al.*,

         Defendants.

Case No. 14-cv-765-JPG-PMF
Case No. 14-cv-779-JPG-DGW

**MEMORANDUM AND ORDER**

This matter comes before the Court for case management purposes.  The Court notes that *Fletcher, et al. v. Ajax Magnethermic Corporation, et al.*, Case No. 14-cv-765-JPG-PMF and *Fletcher, et al. v. Ajax Magnethermic Corporation, et al.*, Case No. 14-cv-779-JPG-DGW were both removed from the Circuit Court for the Third Judicial Circuit, Madison County, Illinois, Case Number 14-L-644.  Because these cases are identical, the Court **DIRECTS** the Clerk of Court to **CONSOLIDATE** case numbers 14-cv-765-JPG-PMF and 14-cv-779-JPG-DGW.  All future filings in this case shall be filed under 14-cv-765-JPG-PMF and Magistrate Judge Philip M. Frazier shall be the magistrate judge assigned to this consolidated case.

**IT IS SO ORDERED.**

**DATED:** August 14, 2014

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**