IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAYMOND FLETCHER and PATRICIA FLETCHER, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 3:14-cv-00765-JPG-PMF ) |
| AJAX MAGNETHERMIC CORPORATION, et. al., | ) ) ) |
| Defendants. | ) |

# ORDER

This matter coming before the Court on Plaintiffs and The Boeing Company's Joint Motion to Dismiss (Doc. 105). Federal Rule of Civil Procedure 41. Rule 41(a)(2) allows dismissal by a plaintiff on terms that the Court considers proper. As the plaintiffs and the defendant have agreed and stipulated that dismissal is proper, the Court finds that the Defendant **The Boeing Company,** only**,** is **DISMISSED** without prejudice and without costs or fees to each party.

IT IS SO ORDERED.

DATED:  4/28/2015

*s/J. Phil Gilbert*
J. PHIL GILBERT
DISTRICT JUDGE