### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAYMOND FLETCHER and<br>PATRICIA FLETCHER,<br><br>    Plaintiffs,<br><br>vs.<br><br>AJAX MAGNETHERMIC<br>CORPORATION, et. al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 3:14-cv-00765-JPG-PMF<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter coming before the Court on Plaintiffs' Motion for Voluntary Dismissal as to Defendant United Technologies Corporation (Doc. 113). Federal Rule of Civil Procedure 41(a)(2) allows dismissal by a plaintiff on terms that the Court considers proper. As the plaintiffs and the defendant have agreed and motioned that dismissal is proper, the Court finds that the Defendant **United Technologies Corporation,** only**,** is **DISMISSED** without prejudice and without costs or fees to each party.

IT IS SO ORDERED.

DATED:  6/24/2015

                                      *s/J. Phil Gilbert*
                                      J. PHIL GILBERT
                                      DISTRICT JUDGE